STATE OF CONNECTICUT *v.* ARCHIE COSTA

The motion by Richard R. Stewart to have F. Lee Bailey, Esq., admitted to practice before the Supreme Court as additional counsel in the appeal from the Superior Court in Litchfield County is denied, but permission is granted to F. Lee Bailey, Esq., of the Massachusetts bar to participate with Connecticut counsel in the argument and brief in this court in the above-entitled case.

Submitted February 21—decided February 28, 1967

BROADRIVER, INC. *v.* CITY OF STAMFORD ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Bernard Glazer,* corporation counsel, with whom was *Robert M. Wechsler,* for the appellees (defendants).

*Julius B. Kuriansky,* for the appellant (plaintiff).

Argued March 7—decided March 7, 1967

PARK CONSTRUCTION COMPANY *v.* VIOLET F. KNAPP, EXECUTRIX (ESTATE OF C. STANLEY KNAPP)

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.